NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000759
05-MAY-2014
08:49 AM**

NO. CAAP-14-0000759

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
SHARI T. JUMALON, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
(CASE NO. 3DTI-13-063930)

ORDER APPROVING THE APRIL 15, 2014
STIPULATION FOR DISMISSAL OF
NOTICE OF APPEAL FILED APRIL 11, 2014
(By: Nakamura, Chief Judge, Foley and Leonard, JJ.)

Upon consideration of the "Stipulation for Dismissal of Notice of Appeal Filed April 11, 2014" (Stipulation) filed on April 15, 2014 by Defendant-Appellant Shari Tsukie Jumalon (**Appellant**), and the records and files herein, it appears that the parties seek to dismiss this appeal which stems from a district court traffic infraction case.

THEREFORE, IT IS HEREBY ORDERED that the Stipulation is approved pursuant to HRAP Rule 42(a), and the appeal is dismissed. The parties shall bear their own appellate costs and fees.

DATED:      Honolulu, Hawai'i, May 5, 2014.

Chief Judge

Associate Judge

Associate Judge